UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| REGINALD PRATHER, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00264-MG-JPH |
| | ) | |
| VANHIL, | ) | |
| | ) | |
| *Respondent*. | ) | |

**FINAL JUDGMENT**

The Court has ordered that the Petitioner's Petition for a Writ of Habeas Corpus be **DENIED** and that the action be **DISMISSED**. The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner.

Date: 10/29/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

REGINALD PRATHER
203013
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

David A. Arthur
INDIANA ATTORNEY GENERAL
David.Arthur@atg.in.gov